(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

*Amended Complaint*

## Western District of New York

| | |
|---|---|
| **Norman Croney** | Case No. **22-CV-1012** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | **JURY TRIAL**: Yes ✓ No ___ |
| **John Doe etc - See Attached** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Norman Croney

All other names by which you have been known:

ID Number — 16A0510

Current Institution — Marcy Correctional Facility

Address — Box 3600

Marcy , NY 13403-3600
_City_    _State_    _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — (John Doe) Sgt

Job or Title *(if known)* — Seargent

Shield Number

Employer — Elmira Correctional Facility

Address — 1879 - David Street P.O. Box 500

Elmira    N.Y.    14901
_City_    _State_    _Zip Code_

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name — (John Doe) C.O.

Job or Title *(if known)* — Correction Officer

Shield Number

Employer — Elmira Correctional Facility

Address — 1879 - David Street P.O. Box 500

Elmira    N.Y.    14901
_City_    _State_    _Zip Code_

☑ Individual capacity    ☐ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

*(Jane Doe)* C O
*Correction Officer*
Elmira Correctional facility
1879 David Street P.O. Box 500
Elmira  N.Y.  14901

| City | State | Zip Code |

☑ Individual capacity ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

| City | State | Zip Code |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  8th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attached*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.**   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attached*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

**D.**    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See Attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Elmira Correctional facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**    If you did file a grievance:

1.    Where did you file the grievance?

    Elmira Correctional facility

2.    What did you claim in your grievance?    the Same as attached Claim

3.    What was the result, if any?

    no answer on all Stages of grievance.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

    I appealed my grievance all the way to C.O.R.C. and recieved no answer.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**    If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit
       Plaintiff(s)  _____
       Defendant(s)  _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.     Docket or index number

       _____

4.     Name of Judge assigned to your case

       _____

5.     Approximate date of filing lawsuit

       _____

6.     Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition.  _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-29-24

Signature of Plaintiff

Printed Name of Plaintiff    Norman Cronay

Prison Identification #    16A0510

Prison Address    Marcy Correctional Facility - Box 3600

Marcy                              N.Y.        13403-3600

|  | City | State | Zip Code |
|---|---|---|---|

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Print        Save As...        Add Attachment        Reset

UNITED STATES DISTRICT COURT
WesTern DISTRICT OF NEW YORK

Norman Croney

Plaintiff

v.

(John Doe) Sgt (John Doe) CO.

(Jane Doe) CO. Defendant(s)

Amended Complaint

COMPLAINT
(Pro Se Prisoner)

Case No. 22-CV-1012
(Assigned by Clerk's
Office upon filing)

Jury Demand
☑ Yes
☐ No

---

NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

1.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

UNITED STATES DISTRICT COURT
**Western** DISTRICT OF NEW YORK

**Amended Complaint**

COMPLAINT
(Pro Se Prisoner)

## Norman Croney

Plaintiff

v

Case No **22-CV-1012**
(Assigned by Clerk's Office upon filing)

(John Doe) **Sgt** (John Doe) **C.O.**
(Jane Doe) **C.O.** Defendant(s)

Jury Demand
☑ Yes
☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

1.  ### LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

UNITED STATES DISTRICT COURT
Western DISTRICT OF NEW YORK

Norman Croney

Plaintiff

✓

(Sgt John Doe)(CO. Jane Doe)
(CO John Doe) Defendant(s)

Amended Complaint

COMPLAINT
(Pro Se Prisoner)

Case No. 22-CV-1012
(Assigned by Clerk's
Office upon filing)

Jury Demand
☑ Yes
☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

1.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Norman Croney
Plaintiff

**Amended**
**Complaint**

COMPLAINT
(Pro Se Prisoner)

Case No. 22-CV-1012
(Assigned by Clerk's
Office upon filing)

Sgt
(John Doe) (John Doe) C.O.
C.O.
(Jane Doe)   Defendant(s)

Jury Demand
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

1. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

UNITED STATES DISTRICT COURT
Western DISTRICT OF NEW YORK

Amended
Complaint

COMPLAINT
(Pro Se Prisoner)

Norman Croney

Plaintiff

V.

Case No. 22-CV-1012
(Assigned by Clerk's
Office upon filing)

(Sgt John Doe) (C.O. John Doe)
(Jane Doe)    Defendant(s)

Jury Demand
☑ Yes
☐ No

---

NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore not contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include only: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Fed. R. Civ. P. 5.2.

---

1.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____

In Elmira Correctional facility
On September 17th, 2021 I was involved in a Fight With another inmate. After Officers broke up the Fight We Were taken to medical. When me and the inmate was done With medical We Were taken back to our cells and placed on 72 hour Keeplock. After the 72 hour Keeplock was over We continue to go to program together, Chow to eat and to the yard for rec, Because (John Doe) (sgt.) refused to separate us A week later on September 24th myself along With 20 to 30 inmates Were being escorted from night rec yard back to the housing area by 2 correction officers (John and Jane Doe) (c.o.) Who remained at the back of the line. Right before entering the housing area an inmate cut me from behind at the front of the line accross the upper right side of my face. I then Stood to the side of the line leaking blood and Waited for the Only 2 officers (John Doe and Jane Doe) (c.o.) at the back of the line. When the Officers (John Doe and Jane Doe) (c.o.) arrived I Was escorted to medical Where pictures Was taken and my face Where I was cut was attended to. I was then escorted by Officers (John Doe and John doe) (c.o.) to elmira emergency room Where I Waited 4 hours for a doctor to give me 14 stiches.

For this incident I filed a grievance all the Way to C.O.R.C. and did not get a responce to any of the Stages of my grievance.

I'm filing this Claim on the grounds of my eighth amendment being violated because (John doe) (sgt.) Knew that it Was going to be Some type of retaliation and Failed to Separate me and that inmate I Was involved in a fight With on September 17th 2021, Who had also Went out to rec With me that night I sustained that injury on September 24, 2021.

For the Above Aformention I seek Compensation for my Injuries in the Amount of 100,000$

2-29-24

In Elmira Correctional facility

On September 17th, 2021 I was involved in a fight With another inmate. After Officers broke up the fight we Were taken to medical. When me and the inmate was done With medical We Were taken back to our cells and placed on 72 hour Keeplock. After the 72 hour Keeplock was over We continue to go to program together, chow to eat and to the yard for rec, Because (John Doe) refused to separate us A week later on September 24th myself along with 20 to 30 inmates Were being escorted from night rec yard back to the housing area by 2 correction officers (John and Jane Doe) Who remained at the back of the line, Right before entering the housing area an inmate cut me from behind at the front of the line accross the upper right side of my face. I then Stood to the side of the line leaking blood and waited for the Only 2 officers (John Doe and Jane Doe) at the back of the line. When the Officers (John Doe and Jane Doe) arived I Was escorted to medical Where pictures was taken and my face Where I was cut was attended to. I was then escorted by officers (John Doe and John doe) to elmira emergency room Where I waited 4 hours for a doctor to give me 14 stiches.

For this incident I filed a grievance all the Way to C.O.R.C. and did not get a responce to any of the Stages of my grievance.

I'm filing this Claim on the grounds of my eighth amendment being violated because (John doe) Knew that it was going to be Some type of retaliation and Failed to Separate me and that inmate I was involved in a fight with on september 17th 2021, Who had also Went out to rec with me that night I sustained that injury on september 24 2021,

For the Abouve Aformention I seek Compensation for my injuries in the Amount of 100,000$

2-29-24

In Elmira Correctional facility
On September 17th, 2021 I was involved in a Fight
With another inmate. After Officers broke up the Fight we
Were taken to medical. When me and the inmate was done
With medical We Were taken back to our cells and placed
on 72 hour Keeplock After the 72 hour Keeplock was over
We continue to go to program together, Chow to eat and to
the yard for rec, Because (John Doe) refused to separate us
A week later on September 24th myself along With 20 to 30 inmates
Were being escorted from night rec yard back to the
housing area by 2 correction officers (John and Jane Doe)
Who remained at the back of the line. Right before entering
the housing area an inmate cut me from behind at the front
of the line accross the upper right side of my face. I then
Stood to the side of the line leaking blood and waited for
the Only 2 officers (John Doe and Jane Doe) at the back
of the line. When the Officers (John Doe and Jane Doe) arived
I was escorted to medical Where pictures Was taken and
my face Where i was cut was attended to. I was then escorted
by Officers (John Doe and John doe) to elmira emergency
room Where i waited 4 hours for a doctor to give me 14 stiches.

For this incident i filed a grievance all the way to C.O.R.C. and
did not get a responce to any of the Stages of my grievance.

I'm filing this Claim on the grounds of my eighth amendment
being violated because (John doe) Knew that it was going to be
Some type of retaliation and failed to separate me and
that inmate i was involved in a fight with on September 17th 2021,
Who had also went out to rec with me that night i sustained
that injury on September 24, 2021,

For the Abouve Aformention i seek compensation for my
injuries in the Amount of 100,000$

2-29-24

In Elmira Correctional facility

On September 17th, 2021 I was involved in a fight with another inmate. After Officers broke up the fight we were taken to medical. When me and the inmate was done with medical we were taken back to our cells and placed on 72 hour Keeplock. After the 72 hour Keeplock was over we continue to go to program together, chow to eat and to the yard for rec. Because (John Doe) refused to separate us

A week later on September 24th myself along with 20 to 30 inmates were being escorted from night rec yard back to the housing area by 2 correction officers (John and Jane Doe) who remained at the back of the line. Right before entering the housing area an inmate cut me from behind at the front of the line accross the upper right side of my face. I then stood to the side of the line leaking blood and waited for the only 2 officers (John Doe and Jane Doe) at the back of the line. When the officers (John Doe and Jane Doe) arived I was escorted to medical where pictures was taken and my face where I was cut was attended to. I was then escorted by officers (John Doe and John doe) to elmira emergency room where I waited 4 hours for a doctor to give me 14 stiches.

For this incident I filed a grievance all the way to C.O.R.C. and did not get a responce to any of the stages of my grievance.

I'm filing this claim on the grounds of my eighth amendment being violated because (John doe) knew that it was going to be some type of retaliation and failed to separate me and that inmate I was involved in a fight with on september 17th 2021, who had also went out to rec with me that night I sustained that injury on september 24, 2021.

For the Abouve Aformention I seek compensation for my injuries in the amount of 100,000$

2-29-24

In Elmira Correctional facility
On September 17th, 2021 i was involved in a Fight With another inmate. After Officers broke up the Fight We were taken to medical. When me and the inmate was done With medical We were taken back to our cells and placed on 72 hour Keeplock. After the 72 hour Keeplock was over We continue to go to program together, Chow to eat and to the yard for rec, Because (John Doe) refused to separate us

A week later on September 24th myself along with 20 to 30 inmates Were being escorted from night rec yard back to the housing area by 2 correction officers (John and Jane Doe) Who remained at the back of the line. Right before entering the housing area an inmate cut me from behind at the front of the line accross the upper right side of my face. I then Stood to the side of the line leaking blood and waited for the Only 2 Officers (John Doe and Jane Doe) at the back of the line. When the Officers (John Doe and Jane Doe) arived i was escorted to medical Where pictures was taken and my face where i was cut was attended to. I was then escorted by Officers (John Doe and John doe) to elmira emergency room Where i waited 4 hours for a doctor to give me 14 stiches.

For this incident i filed a grievance all the Way to C.O.R.C. and did not get a responce to any of the Stages of my grievance.

I'm filing this Claim on the grounds of my eighth amendment being violated because (John doe) Knew that it was going to be some type of retaliation and failed to separate me and that inmate i was involved in a fight with on september 17th 2021, Who had also Went out to rec with me that night i sustained that injury on september 24 2021.

For the Abouve Aformention i seek Compensation for my Injuries in the Amount of 100,000$

2-29-24

JS 44   (Rev. 07/16)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Norman Croney
Din#16A0510

**DEFENDANT** Sgt ___ C.O. (John doe)(John Doe)(Jane Doe)
Elmira Correctional Facility
1879 - David Street P.O. Box 560
Elmira N.Y. 14901       Chemung

(b) County of Residence of First Listed Plaintiff **Oneida**

County of Residence of First Listed Defendant

**(c)** Attorneys
Plaintiff Norman Croney Din#16A0510 Prose'll
Marcy Correctional Facility Box 3600
Marcy N.Y. 13403-3600

Attorneys

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 890 Other Statutory Actions |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | ☐ 891 Agricultural Acts |
| | | ☑ 550 Civil Rights | | ☐ 893 Environmental Matters |
| | | ☐ 555 Prison Condition | | ☐ 895 Freedom of Information Act |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 896 Arbitration |
| | | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 USC. Section 1983, Civil Rights Act 1991
Brief description of cause: 8th Amendment Violation

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

U.S. Department
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF
1 Norman Croney

DEFENDANT
2 (John doe) sgt  (John doe) c.o.  (Jane Doe) c.o.

COURT CASE NUMBER
3 22-CV-1012

TYPE OF PROCESS
4 Summons and Complaint

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
5

AT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6 Elmira Correctional Facility
1879-David Street P.O. Box 500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
7 Norman Croney Dint#16A0510
Marcy Correctional facility
Box 3600
Marcy, NY. 13403-3600

Number of process to be served with this Form - 285
8

Number of parties to be served in this case
9

Check for service on U.S.A.
10

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, all Telephone Numbers, and Estimated Times Available For Service):
Fold

11    If not at address upon delivery
then deliver to address transfered to

Signature
12 [signature] requesting service on behalf of:

13 ☑ PLAINTIFF
   ☐ DEFENDANT

TELEPHONE NUMBER
14

DATE
15 2/29/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS
MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

To: Clerk
From: N. Croney Dintt

Case# - 1:23-CV-01186
Case# - 22-CV-1012

I'm Writting to you in regards to two separate Case#s in your district.

Attached is a complete and sighned motion for forma Pauperous in regards to Cas#1:23CV-01186 aswell as the Authorization form.
Attached is also an Amended Complaint for Case # 22-CV-1012.

If there are any additional copies or documents that you may need from me, please contact me imediatly. I also would appreciate it if you make sure correspondence from your district is sealed correctly and that you let me know somehow that you recieved these attached documents.

I recently got a letter from a clerk in your district (rochester) saying that they don't acknowledge reciept of letters, and I sent it certified mail return reciept. I should be entitled to the service I pay for and if for some reason I don't get service I pay for the post master general is liable for damages. So can you please some way acknowledge this letter and documents that im sending certified mail return reciept Signature Confermation.

Thank you for your time

Sincerly
[signature]